**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **LINTON CRYSTAL TECHNOLOGIES CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ZHEJIANG JINGSHENG MECHANICAL & ELECTRICAL CO., LTD.,**<br><br>**Defendant.** | **NO. 2:26-cv-863**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF LINTON CRYSTAL TECHNOLOGIES CORP.**
**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Linton Crystal Technologies Corp. ("Linton"), by and through its undersigned counsel, files this disclosure statement and states as follows:

Linton states that it is 100% owned by Linton Technologies Group also known as as 大连连城数控机器股份有限公司.

Dated: September 22, 2026

*/s/ Shawn G. Hansen w/ permission*
*William E. Davis, III*
William E. Davis, III
Texas Bar No. 24047416
bdavis@davisfirm.com
Ty Wilson
Texas Bar No. 24106583
twilson@davisfirm.com
**DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
Tel: (903) 230-9090
Fax: (903) 230-9661

Shawn G. Hansen
shansen@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Phone: (213) 629-6190

David R. Kocan
dkocan@nixonpeabody.com
NIXON PEABODY LLP
1 Embarcadero Ctr.
San Francisco, CA 94111
Phone: (415) 984-8200

***Attorneys for Plaintiff Linton Crystal Technologies Corp.***