# EXHIBIT C

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| **1 [pre]:** A lift assembly for use in lifting a seed coupled to a cable, the assembly comprising: | **The JSG TDR160P-series satisfies the preamble to the extent it is limiting.**<br><br>The JSG crystal puller includes a lift assembly for lifting a seed coupled to a cable.<br><br>At least one TDR160P-series manual identifies a "Seed Crystal Lifting Mechanism" that "uses a wire-rope drum to lift the wire rope." During wire-rope installation, the Manual further instructs technicians to insert the wire rope through the pulling head "with the end connected to the seed crystal chuck entering first," directly linking the lifting wire rope to the seed-crystal chuck.<br><br>**IV. Seed Crystal Lifting Mechanism**<br><br>The seed crystal lifting mechanism is shown in Figure 1.4.1. The seed crystal lifting mechanism uses a wire-rope drum to lift the wire rope. The entire lifting assembly rotates about a hollow shaft. The mechanism has undergone static and dynamic balancing tests and provides smooth, vibration-free operation throughout its entire operating range. It is equipped with a tungsten wire rope anti-jump mechanism. Both the rotary seal and lifting feed seal use magnetofluidic seals. The lifting chamber, weighing chamber, and crystal-lifting bottom plate are made of high-strength aluminum. The lifting motor and rotation motor use high-precision Huichuan AC servo motors. Seed crystal rotation is driven by multiple V-belts capable of withstanding high torque, thereby eliminating the vibration associated with toothed-belt transmission. The mechanism is also equipped with a tungsten wire rope anti-jump mechanism.<br><br>For specific dimensions, see the attached Figure 13.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 11, 17 (source manual pp. 13, 40). |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | Section 5.1.1 further instructs technicians to insert the wire rope through the inside of the pulling head "with the end connected to the seed crystal chuck entering first," directly linking the lifting cable to the seed crystal. |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 9) Insert the wire rope through the inside of the pulling head, with the end connected to the seed crystal chuck entering first. Allow the entire length of the wire rope to hang down through the center hole of the pulling head until the damper sleeve rests on the top of the center shaft hole. Press the damper sleeve fully into position (this can be easily done with a hex key). Check that the wire rope can slide smoothly through the damper sleeve and rotary shaft. When the wire rope is released, it should automatically pass downward through the damper sleeve and the shaft of the magnetofluidic seal. Install the damper sleeve retaining plate.<br>10) Route the wire rope around the pulley at the lower end of the load cell, insert the ball end into the pulley groove, and rotate the pulley by hand to feed the wire rope through.<br>11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br>12) Ensure that the wire rope hangs vertically through the damper sleeve and is properly wound onto the drum. Close the load cell chamber while simultaneously applying tension to the wire rope.<br>13) Rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum while maintaining tension on the wire rope, until approximately 200 mm of wire rope is exposed from the bottom of the seed crystal lifting mechanism. This allows the crystal chuck to be raised to the top of the auxiliary chamber.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 17 – 19 (Original PDF at 39 – 40). |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| **1[a]:** a lift housing forming a cable exit port therein; | **The TDR160P-series includes "a lift housing forming a cable exit port therein."**<br><br>At least one TDR160P-series manual identifies a "lifting chamber" forming part of the seed-crystal lifting mechanism. During wire-rope installation, the Manual instructs technicians to pass the wire rope through the pulling head and allow the wire rope to hang downward through the center hole of the mechanism. The wire rope thereafter extends from the lifting chamber toward the seed-crystal chuck.<br><br>**IV. Seed Crystal Lifting Mechanism**<br>The seed crystal lifting mechanism is shown in Figure 1.4.1. The seed crystal lifting mechanism uses a wire-rope drum to lift the wire rope. The entire lifting assembly rotates about a hollow shaft. The mechanism has undergone static and dynamic balancing tests and provides smooth, vibration-free operation throughout its entire operating range. It is equipped with a tungsten wire rope anti-jump mechanism. Both the rotary seal and lifting feed seal use magnetofluidic seals. The lifting chamber, weighing chamber, and crystal-lifting bottom plate are made of high-strength aluminum. The lifting motor and rotation motor use high-precision Huichuan AC servo motors. Seed crystal rotation is driven by multiple V-belts capable of withstanding high torque, thereby eliminating the vibration associated with toothed-belt transmission. The mechanism is also equipped with a tungsten wire rope anti-jump mechanism.<br>For specific dimensions, see the attached Figure 13. |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 9) Insert the wire rope through the inside of the pulling head, with the end connected to the seed crystal chuck entering first. Allow the entire length of the wire rope to hang down through the center hole of the pulling head until the damper sleeve rests on the top of the center shaft hole. Press the damper sleeve fully into position (this can be easily done with a hex key). Check that the wire rope can slide smoothly through the damper sleeve and rotary shaft. When the wire rope is released, it should automatically pass downward through the damper sleeve and the shaft of the magnetofluidic seal. Install the damper sleeve retaining plate.<br>10) Route the wire rope around the pulley at the lower end of the load cell, insert the ball end into the pulley groove, and rotate the pulley by hand to feed the wire rope through.<br>11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br>12) Ensure that the wire rope hangs vertically through the damper sleeve and is properly wound onto the drum. Close the load cell chamber while simultaneously applying tension to the wire rope.<br>13) Rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum while maintaining tension on the wire rope, until approximately 200 mm of wire rope is exposed from the bottom of the seed crystal lifting mechanism. This allows the crystal chuck to be raised to the top of the auxiliary chamber.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 11, 17–19 (Original PDF at 13, 39–40). |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | <br><br>These disclosures, together with the photograph above, show the cable extending from the seed-crystal lift mechanism through an opening formed in the lift housing. |
| **1[b]:** a drum positioned within the lift housing, the | **The TDR160P-series includes the claimed drum.** |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
| --- | --- |
| drum forming a helical groove about an exterior surface of the drum, the drum extending from a first end to a second opposing end; | The JSG crystal puller includes a drum positioned within the lift housing. During disassembly, at least one TDR160P-series manual instructs technicians to remove the spline shaft and drum together as an assembly from the lifting chamber, confirming that the drum is positioned within the lift housing.<br><br>7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve.<br>8) Remove the four screws securing the seed crystal junction box to the large base plate, and remove the seed crystal junction box.<br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 19–20 (Original PDF at 40–41).<br><br>At least one TDR160P-series manual discloses "a drum positioned within the lift housing" by disclosing a drum inside the identified lifting chamber, including Steps 10 and 16 in the section titled "5.1.2 Removal of the Cable Tube of the Pulling Head Assembly." |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 21 (Original PDF at 41 – 42).<br><br>At least one TDR160P-series manual also instructs technicians to insert the wire rope into "the groove on the side of the drum" and to rotate the spline shaft clockwise to wind the wire rope onto the drum. These instructions confirm that the drum includes an exterior groove for receiving the lifting cable and that rotation imparted through the spline shaft causes the drum to rotate and wind the cable. |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 18 (Original PDF at 40 – 41).<br><br>On information and belief, the photographs below further show the drum extending longitudinally between opposing ends and having a continuous helical groove formed about its exterior surface, and more clearly show that the groove is formed about the exterior cylindrical surface of the drum and progresses along the drum in a helical path, and the cable wound in successive turns along the exterior groove of the drum. The uncovered portion of the drum shows that the groove progresses helically around the drum rather than forming isolated circumferential rings. |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  On information and belief, the drum is a discrete cylindrical component extending axially along the spline shaft and therefore has first and second opposing axial ends, as further shown in the photographs below. |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| **'024 Patent Claim** | **JSG TDR160P-Series Accused Apparatus** |
|---|---|
| |  |
| **1[c]-1:** a floating roller guide assembly including: a mounting plate coupled to the lift housing and having a throughhole; | On information and belief, the photographed JSG floating roller-guide assembly includes a mounting plate coupled to the lift housing and having a throughhole. As shown below, the mounting plate includes a generally rectangular throughhole in its central region through which the roller-guide structure extends toward the drum. |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  |
| **1[c]-2:** a floating shaft coupled to the mounting plate such that the floating shaft is movable relative to the mounting plate in a direction that is generally | On information and belief, the roller guide is carried by a floating shaft coupled to the mounting plate. As shown below, the floating roller-guide assembly is positioned within the throughhole of the mounting plate, and the mounting plate includes recessed openings positioned on opposing sides of the roller guide.<br><br>On information and belief, based on the visible mounting geometry and information provided by persons knowledgeable regarding operation of the JSG floating roller-guide assembly, the recessed mounting configuration is consistent with and provides clearance for the floating shaft carrying the roller guide to |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| perpendicular to a central axis of the floating shaft; and | move relative to the mounting plate toward and away from the drum. The floating shaft is therefore movable relative to the mounting plate in a direction generally perpendicular to the central axis of the floating shaft.<br>  |
| **1[c]-3:** a floating roller guide rotationally coupled about the floating | On information and belief, the JSG floating roller-guide assembly further includes a floating roller guide rotationally coupled about the floating shaft. |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**

"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| shaft and generally positioned within the throughhole of the mounting plate such that at least a portion of the floating roller guide is configured to engage at least a portion of the helical groove of the drum; and | As shown in the photographs below, the floating roller guide is generally positioned within the throughhole of the mounting plate, with at least a portion of the floating roller guide extending through the throughhole toward the drum. The zoomed-in photograph on the right more clearly shows the floating roller guide extending through the mounting-plate opening toward the interior of the lift housing.<br><br>On information and belief, the portion of the floating roller guide extending through the mounting plate is configured to engage the helical groove formed about the exterior surface of the drum.<br><br>  |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | |
| **1[d]:** a drive shaft coupled to the drum and configured to cause (i) the drum to rotate and (ii) a translate via an engagement of the helical groove of the drum with the floating roller guide. | The JSG lift assembly includes a drive shaft coupled to the drum. On information and belief, the drive shaft is the spline shaft identified in the TDR160P-series manual and shown in the photographs below. Rotation of the spline shaft causes the drum to rotate.<br><br>At least one TDR160P-series manual instructs technicians to rotate the spline shaft to rotate and install/remove the drum assembly, confirming the mechanical coupling between the spline shaft and drum. At least one TDR160P-series manual further provides evidence that rotation of the spline shaft is associated with axial movement of the drum. During disassembly, the Manual instructs technicians to "[r]otate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve." During reassembly, technicians are instructed to "[r]otate the spline shaft clockwise so that the drum screws into the threaded guide sleeve."<br><br>7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve. |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 8) Remove the four screws securing the seed crystal junction box to the large base plate, and remove the seed crystal junction box.<br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 19–20 (Original PDF at 40–41).<br><br>At least one TDR160P-series manual expressly confirms that the drum is rotatable about its longitudinal central axis and that rotation is imparted to the drum through the spline shaft. Step 11 instructs the technician to "[r]otate the spline shaft clockwise to wind the wire rope onto the drum," and Step 13 similarly instructs the technician to rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum. These instructions demonstrate that rotation of the spline shaft drives rotation of the drum about the longitudinal axis defined by the spline shaft. |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br><br>12) Ensure that the wire rope hangs vertically through the damper sleeve and is properly wound onto the drum. Close the load cell chamber while simultaneously applying tension to the wire rope.<br><br>13) Rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum while maintaining tension on the wire rope, until approximately 200 mm of wire rope is exposed from the bottom of the seed crystal lifting mechanism. This allows the crystal chuck to be raised to the top of the auxiliary chamber.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 18 – 19 (Original PDF at 40 – 41).<br><br>On information and belief, the photographs provide additional evidence concerning the mechanical relationship among the spline shaft, drum, helical groove, and housing-mounted floating roller-guide assembly. The photograph below shows the drum mechanically coupled about the spline shaft. |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | <br><br>The photographs above and those discussed in connection with limitation 1[c] separately show the drum positioned within the lift housing and the floating roller-guide assembly mounted to the housing. On information and belief, based on these photographs and information provided by persons knowledgeable regarding operation of the JSG lift assembly, rotation of the drum causes the helical groove to advance relative to the housing-mounted floating roller guide, thereby causing axial translation of the drum.<br><br>At least one TDR160P-series manual's description of the drum "screw[ing] into the threaded guide sleeve" during reassembly, together with its corresponding instruction to rotate the spline shaft in the opposite |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | direction during disassembly, provides evidence that the drum assembly is capable of axial movement relative to the lifting chamber.<br><br>7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve.<br>8) Remove the four screws securing the seed crystal junction box to the large base plate, and remove the seed crystal junction box.<br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 20 – 21 (Original PDF at 40 – 41).<br><br>At least one TDR160P-series manual further provides evidence that the drum is capable of translating along its longitudinal axis relative to the lifting chamber. During disassembly, Step 7 instructs the technician to rotate the spline shaft counterclockwise to "disengage the cable tube from the threads of the threaded guide sleeve." During reassembly, Step 16 conversely instructs the technician to insert the spline-shaft/drum assembly into the lifting chamber and rotate the spline shaft clockwise "so that the drum screws into the threaded guide sleeve." These reciprocal assembly and disassembly instructions describe axial movement of |

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | the drum assembly into and out of its installed position within the lifting chamber as the spline shaft is rotated. On information and belief, the photographs discussed below provide additional evidence that, during operation, the drum is configured to translate axially as it rotates through engagement of the drum's exterior helical groove with the housing-mounted floating roller guide.<br><br>7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve.<br>8) Remove the four screws securing the seed crystal junction box to the large base plate, and remove the seed crystal junction box.<br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P Manual (Certified English Translation) at 20 – 21 (Original PDF at 40 – 41).<br><br>On information and belief, the photographs, together with information provided by persons knowledgeable regarding operation of the JSG lift assembly, further establish that the drum is configured to translate along its central axis during operation. The floating roller-guide assembly is mounted to the lift housing, with the floating roller guide engaging the helical groove formed about the exterior of the drum. "As the spline shaft |

**U.S. Patent No. US 11,255,024 B2 (the "'024 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '024 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | rotates the drum, the helical groove advances relative to the housing-mounted floating roller guide, causing the drum to translate axially along the spline shaft.<br><br>Accordingly, on information and belief, in the photographed floating roller-guide configuration, rotation imparted to the drum through the drive shaft (i.e., the spline shaft) causes (i) the drum to rotate and (ii) the drum to translate axially through engagement between the drum's helical groove and the floating roller guide. |