# EXHIBIT D

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| **1[pre]** A lift assembly for use in lifting a seed coupled to a cable, the assembly comprising: | **The JSG TDR160P-series satisfies the preamble to the extent it is limiting.**<br><br>The TDR160P05 Manual identifies a "Seed Crystal Lifting Mechanism" that "uses a wire-rope drum to lift the wire rope." The disclosed wire rope constitutes the claimed cable.<br><br>The Manual further instructs technicians to insert the wire rope through the pulling head "with the end connected to the seed crystal chuck," which constitutes the claimed "lift assembly" that is "for use in lifting a seed coupled to a cable."<br><br>**IV. Seed Crystal Lifting Mechanism**<br>The seed crystal lifting mechanism is shown in Figure 1.4.1. The seed crystal lifting mechanism uses a wire-rope drum to lift the wire rope. The entire lifting assembly rotates about a hollow shaft. The mechanism has undergone static and dynamic balancing tests and provides smooth, vibration-free operation throughout its entire operating range. It is equipped with a tungsten wire rope anti-jump mechanism. Both the rotary seal and lifting feed seal use magnetofluidic seals. The lifting chamber, weighing chamber, and crystal-lifting bottom plate are made of high-strength aluminum. The lifting motor and rotation motor use high-precision Huichuan AC servo motors. Seed crystal rotation is driven by multiple V-belts capable of withstanding high torque, thereby eliminating the vibration associated with toothed-belt transmission. The mechanism is also equipped with a tungsten wire rope anti-jump mechanism.<br>For specific dimensions, see the attached Figure 13.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 11 (Original PDF at 13).<br><br>Section 5.1.1 further instructs technicians to insert the wire rope through the inside of the pulling head "with the end connected to the seed crystal chuck entering first," directly linking the lifting cable to the seed crystal. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 9) Insert the wire rope through the inside of the pulling head, with the end connected to the seed crystal chuck entering first. Allow the entire length of the wire rope to hang down through the center hole of the pulling head until the damper sleeve rests on the top of the center shaft hole. Press the damper sleeve fully into position (this can be easily done with a hex key). Check that the wire rope can slide smoothly through the damper sleeve and rotary shaft. When the wire rope is released, it should automatically pass downward through the damper sleeve and the shaft of the magnetofluidic seal. Install the damper sleeve retaining plate.<br>10) Route the wire rope around the pulley at the lower end of the load cell, insert the ball end into the pulley groove, and rotate the pulley by hand to feed the wire rope through.<br>11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br>12) Ensure that the wire rope hangs vertically through the damper sleeve and is properly wound onto the drum. Close the load cell chamber while simultaneously applying tension to the wire rope.<br>13) Rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum while maintaining tension on the wire rope, until approximately 200 mm of wire rope is exposed from the bottom of the seed crystal lifting mechanism. This allows the crystal chuck to be raised to the top of the auxiliary chamber. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | *See* JSG TDR160P5 Manual (Certified English Translation) at 17 – 19 (Original PDF at 39 – 40).<br><br>Figure 1.4.1 of the TDR160P05 Manual depicts the seed-crystal assembly, including the crystal-lift drive assembly, vacuum chamber assembly, weighing chamber assembly, and crystal-rotation assembly.<br><br><br><br>Figure 1.4.1 Seed Crystal Assembly<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 12 (Source PDF at 14). |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| **1[a]** a lift housing forming a cable exit port therein; | **The TDR160P-series includes "a lift housing forming a cable exit port therein."**<br><br>The TDR160P05 Manual identifies a "lifting chamber" as part of the seed-crystal lift mechanism.<br><br>**IV. Seed Crystal Lifting Mechanism**<br>The seed crystal lifting mechanism is shown in Figure 1.4.1. The seed crystal lifting mechanism uses a wire-rope drum to lift the wire rope. The entire lifting assembly rotates about a hollow shaft. The mechanism\|has undergone static and dynamic balancing tests and provides smooth, vibration-free operation throughout its entire operating range. It is equipped with a tungsten wire rope anti-jump mechanism. Both the rotary seal and lifting feed seal use magnetofluidic seals. The lifting chamber, weighing chamber, and crystal-lifting bottom plate are made of high-strength aluminum. The lifting motor and rotation motor use high-precision Huichuan AC servo motors. Seed crystal rotation is driven by multiple V-belts capable of withstanding high torque, thereby eliminating the vibration associated with toothed-belt transmission. The mechanism is also equipped with a tungsten wire rope anti-jump mechanism.<br>For specific dimensions, see the attached Figure 13.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 11 (Source PDF at 13).<br><br>During cable replacement, the Manual instructs that the wire rope pass through the inside of the pulling head opening of the puller head and hang downward through the center hole. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 9) Insert the wire rope through the inside of the pulling head, with the end connected to the seed crystal chuck entering first. Allow the entire length of the wire rope to hang down through the center hole of the pulling head until the damper sleeve rests on the top of the center shaft hole. Press the damper sleeve fully into position (this can be easily done with a hex key). Check that the wire rope can slide smoothly through the damper sleeve and rotary shaft. When the wire rope is released, it should automatically pass downward through the damper sleeve and the shaft of the magnetofluidic seal. Install the damper sleeve retaining plate.<br><br>10) Route the wire rope around the pulley at the lower end of the load cell, insert the ball end into the pulley groove, and rotate the pulley by hand to feed the wire rope through.<br><br>11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br><br>12) Ensure that the wire rope hangs vertically through the damper sleeve and is properly wound onto the drum. Close the load cell chamber while simultaneously applying tension to the wire rope.<br><br>13) Rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum while maintaining tension on the wire rope, until approximately 200 mm of wire rope is exposed from the bottom of the seed crystal lifting mechanism. This allows the crystal chuck to be raised to the top of the auxiliary chamber.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 17 – 19 (Original PDF at 39 – 40). |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | These disclosures identify an opening formed in the lift housing through which the cable exits the seed-crystal lift mechanism. |
| **1[b]** a drum positioned within the lift housing, the drum forming a helical groove about an exterior surface of the drum, the drum extending from a first end to a second opposing end, the drum being rotatable around a central axis and translatable along the central axis; | **The TDR160P-series includes the claimed drum.**<br><br>The TDR160P05 manual discloses "a drum positioned within the lift housing" by disclosing a drum inside the identified lifting chamber, including Steps 10 and 16 in the section titled "5.1.2 Removal of the Cable Tube of the Pulling Head Assembly."<br><br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 21 (Original PDF at 41 – 42).<br><br>The Manual also instructs technicians to insert the wire rope into "the groove on the side of the drum" and to rotate the spline shaft clockwise to wind the wire rope onto the drum. These instructions confirm that the drum |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | includes an exterior groove for receiving the lifting cable and that rotation imparted through the spline shaft causes the drum to rotate and wind the cable.<br><br>> 11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 18 (Original PDF at 40 – 41).<br><br>The P05 Manual expressly identifies a "drum" within the seed-crystal lifting mechanism and confirms that the drum is positioned inside the lifting chamber.<br><br>Steps 10 through 15 of Section 5.1.2, "Removal of the Cable Tube of the Pulling Head Assembly," further establish that the drum is a discrete component positioned within the lifting chamber and arranged along the spline shaft. On information and belief, the manual disclosures, together with the photographs below, show that the drum extends axially between first and second opposing ends. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 21 (Original PDF at 41 – 42).<br><br>Section 5.1.2, "Removal of the Cable Tube of the Pulling Head Assembly," further describes the relationship among the spline shaft, drum, and lifting chamber. Step 7 instructs the technician to rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve. Step 10 then directs removal of the "spline shaft and drum together as an assembly from the lifting chamber." Conversely, during reassembly, Step 16 instructs the technician to insert the "spline shaft and drum assembly" into the lifting chamber and rotate the spline shaft clockwise "so that the drum screws into the threaded guide sleeve."<br><br>7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 8) Remove the four screws securing the seed crystal junction box to the large base plate, and remove the seed crystal junction box.<br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 17 – 18 (Original PDF at 40 – 41).<br><br>On information and belief, the photographs below further confirm that the drum is positioned within the lift housing. They show the cylindrical drum extending axially within the housing between opposing ends. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**

"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | <br>The Manual's description of the drum "screw[ing] into the threaded guide sleeve" during reassembly, together with its corresponding instruction to rotate the spline shaft in the opposite direction during disassembly, provides evidence that the drum assembly is capable of axial movement relative to the lifting chamber. Separately, on information and belief, the photographs below show an exterior helical groove formed around the drum and a housing-mounted roller guide engaging that groove. As discussed in connection with limitations 1[c] and 1[d], the photographed roller-guide/helical-groove interface provides additional evidence concerning the drum's axial translation during operation.<br>7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
| --- | --- |
| | 8) Remove the four screws securing the seed crystal junction box to the large base plate, and remove the seed crystal junction box.<br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 20 – 21 (Original PDF at 40 – 41).<br><br>On information and belief, the following photographs more clearly show that the groove is formed about the exterior cylindrical surface of the drum and progresses along the drum in a helical path, and the cable wound in successive turns along the exterior groove of the drum. The uncovered portion of the drum shows that the groove progresses helically around the drum rather than forming isolated circumferential rings. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
| --- | --- |
| |  |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | <br>On information and belief, the drum is a discrete cylindrical component extending axially along the spline shaft and therefore has first and second opposing axial ends, as further shown in the photographs below. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | <br><br>The Manual expressly confirms that the drum is rotatable about its longitudinal central axis and that rotation is imparted to the drum through the spline shaft. Step 11 instructs the technician to "[r]otate the spline shaft clockwise to wind the wire rope onto the drum," and Step 13 similarly instructs the technician to rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum. These instructions demonstrate that rotation of the spline shaft drives rotation of the drum about the longitudinal axis defined by the spline shaft. |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br><br>12) Ensure that the wire rope hangs vertically through the damper sleeve and is properly wound onto the drum. Close the load cell chamber while simultaneously applying tension to the wire rope.<br><br>13) Rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum while maintaining tension on the wire rope, until approximately 200 mm of wire rope is exposed from the bottom of the seed crystal lifting mechanism. This allows the crystal chuck to be raised to the top of the auxiliary chamber.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 18 – 19 (Original PDF at 40 – 41).<br><br>The Manual further confirms that the drum is capable of translating along its longitudinal axis relative to the lifting chamber. During disassembly, Step 7 instructs the technician to rotate the spline shaft counterclockwise to "disengage the cable tube from the threads of the threaded guide sleeve." During reassembly, Step 16 conversely instructs the technician to insert the spline-shaft/drum assembly into the lifting chamber and rotate the spline shaft clockwise "so that the drum screws into the threaded guide sleeve." These reciprocal assembly and disassembly instructions describe axial movement of the drum assembly into and out of its installed position within the lifting chamber as the spline shaft is rotated. On information and belief, the photographs discussed below provide additional evidence that, during operation, the drum is configured to translate axially as it rotates through engagement of the drum's exterior helical groove with the housing-mounted roller guide. |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve.<br>8) Remove the four screws securing the seed crystal junction box to the large base plate, and remove the seed crystal junction box.<br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 20 – 21 (Original PDF at 40 – 41).<br><br>On information and belief, the photographs further show that the drum is configured to translate along its central axis during operation. As shown below, a housing-mounted roller guide remains fixed relative to the lift housing while engaging the helical groove formed about the exterior of the drum. When the spline shaft rotates the drum, the helical groove advances relative to the fixed roller guide, thereby causing the drum to translate axially along the spline shaft. |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
| --- | --- |
| |  |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| |  |
| **1[c]** a roller guide mounted to the lift housing and rotatable about a roller guide axis, wherein the roller guide engages at least a portion of the | The TDR160P-Series includes a roller guide mounted to the lift housing, rotatable about a roller-guide axis, and positioned to engage the helical groove formed about the exterior of the drum. On information and belief, the photographs below depict JSG TDR160P-Series equipment and show the claimed roller-guide structure.<br><br>On information and belief, the exterior view below shows the roller-guide assembly mounted through an opening in the lift-housing wall. The surrounding circular mounting plate is fastened to the housing, while the roller projects inward through the opening. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| helical groove of the drum, the roller guide axis being parallel to and offset from the central axis, the roller guide being fixed from translating along the central axis; and |  |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
| --- | --- |
| | <br><br>On information and belief, the following photograph shows the roller-guide assembly removed from the housing. It includes a fixed mounting plate/bracket and a roller carried on an axle, confirming that the roller is rotatable about a defined roller-guide axis. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | <br>On information and belief, the close-up below shows the housing-mounted roller-guide assembly positioned against the grooved exterior surface of the drum, with a portion of the roller-guide assembly visibly engaging a drum groove. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | <br><br>A wider interior view shows the roller guide offset from the drum's centerline. On information and belief, this photograph shows that the roller axle and the drum/spline-shaft axis extend in the same direction and therefore parallel to, and offset from, the drum's central axis. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
| --- | --- |
| |  On information and belief, the photographs further show that the roller-guide assembly is mounted in a fixed axial position relative to the lift housing. The mounting plate/bracket is secured to the surrounding housing structure, while the roller projects inward to engage the drum's helical groove. This fixed mounting prevents the roller guide from translating along the drum's central axis while permitting the roller itself to rotate about its roller-guide axis.<br><br>The Manual further confirms that the drum and spline-shaft assembly are positioned within the lifting chamber. In the disassembly procedure, the Manual instructs the operator to "[r]emove the spline shaft and drum together as an assembly from the lifting chamber." On information and belief, this provides additional context for the photographs below, which show the roller-guide assembly mounted within the same lifting structure and positioned in engagement with the drum. |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 9) Remove the four screws securing the rear cover plate to the left end cover.<br><br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br><br>11) Remove the rolling bearing from the left end of the spline shaft.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 21 (Original PDF at 42). |
| **1[d]** a drive shaft coupled to the drum and configured to cause the drum to rotate, wherein rotation of the drum causes the drum to translate via an engagement of the helical groove of the drum with the roller guide. | The TDR160P-series includes a drive shaft coupled to the drum and configured to rotate the drum.<br><br>The TDR160P05 Manual repeatedly identifies the spline shaft and drum as mechanically associated components. During disassembly, it instructs technicians to "[r]emove the spline shaft and drum together as an assembly."<br><br>9) Remove the four screws securing the rear cover plate to the left end cover.<br><br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br><br>11) Remove the rolling bearing from the left end of the spline shaft.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 21 (Original PDF at 42).<br><br>The Manual further instructs technicians to remove the drum from the spline sliding sleeve and, during normal cable winding, to "rotate the spline shaft coupling clockwise to wind the wire rope onto the drum." It also instructs the operator to rotate the spline-shaft coupling clockwise to wind the cable onto the drum. |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br><br>12) Ensure that the wire rope hangs vertically through the damper sleeve and is properly wound onto the drum. Close the load cell chamber while simultaneously applying tension to the wire rope.<br><br>13) Rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum while maintaining tension on the wire rope, until approximately 200 mm of wire rope is exposed from the bottom of the seed crystal lifting mechanism. This allows the crystal chuck to be raised to the top of the auxiliary chamber.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 18 – 19 (Original PDF at 40 – 41).<br><br>The Manual expressly describes the spline shaft as driving rotation of the drum during normal operation. In the section titled "5.1.1 Replacement of the Wire Rope of the Pulling Head Assembly," the Manual instructs the operator to "[r]otate the spline shaft clockwise to wind the wire rope onto the drum" and explains that motor rotation is controlled from the operator panel. This directly demonstrates that rotation imparted through the spline-shaft drive structure causes the drum to rotate and wind the cable. |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 11) Insert the wire rope into the groove on the side of the drum and pull the other end tight so that the ball end is properly seated in the groove. Rotate the spline shaft clockwise to wind the wire rope onto the drum (using the control panel to operate the motor). After two full turns of the wire rope have been wound onto the drum, adjust the position of the lower limit switch (the inner one) until the limit switch just actuates (a clicking sound can be heard), and then tighten the retaining screw.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 18 (Original PDF at 40).<br><br>The Manual further explains the mechanical coupling between the drum and spline-shaft structure. It instructs technicians to: "Loosen and remove the four screws securing the spline shaft sleeve to the cable tube" and then "Pull the drum out of the spline shaft sleeve."<br><br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 21 (Original PDF at 41).<br><br>Similarly, the Manual instructs the operator to: "Rotate the spline-shaft coupling clockwise to wind the rope onto the drum . . . ." |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | 13) Rotate the spline-shaft coupling clockwise to wind the wire rope onto the drum while maintaining tension on the wire rope, until approximately 200 mm of wire rope is exposed from the bottom of the seed crystal lifting mechanism. This allows the crystal chuck to be raised to the top of the auxiliary chamber.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 19 (Original PDF at 40).<br><br>These disclosures support that the spline shaft is mechanically coupled to the drum and drives rotation of the drum. On information and belief, the photographs below corroborate the physical drive arrangement.<br><br>The Manual further provides evidence that the drum assembly is axially translatable relative to the lifting chamber. During disassembly, the Manual instructs: "Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve."<br><br>7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 20 (Original PDF at 41).<br><br>Step 16 demonstrates physical axial movement/translatability of the drum assembly.<br><br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 21 (Original PDF at 41). |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | These instructions further demonstrate that the drum assembly is capable of axial movement along its longitudinal axis relative to the lifting chamber as the spline shaft is rotated during installation and removal.<br><br>On information and belief, during operation, the fixed roller guide engaging the helical groove converts drum rotation into axial translation. On information and belief, photographs of the TDR160P-series apparatus corroborate the physical relationship between the drum and the drive assembly. On information and belief, the photographs below show the grooved drum positioned within the lift housing and the motor/gearbox and associated drive structure arranged along the longitudinal axis of the drum.<br><br><br><br>The Manual's reference to the drum "screw[ing] into the threaded guide sleeve" during installation is consistent with screw-like axial movement of the drum assembly but does not independently identify the mechanism responsible for axial translation during operation. On information and belief, the photographs provide more direct evidence of that mechanism: they show a housing-mounted roller guide engaging the helical groove formed about the exterior surface of the drum. Based on that visible geometry, when the spline shaft rotates the drum, |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | engagement between the fixed roller guide and helical groove causes the rotating drum to advance axially relative to the lift housing.<br><br>7) Rotate the spline shaft counterclockwise to disengage the cable tube from the threads of the threaded guide sleeve.<br>8) Remove the four screws securing the seed crystal junction box to the large base plate, and remove the seed crystal junction box.<br>9) Remove the four screws securing the rear cover plate to the left end cover.<br>10) Tap the spline shaft with a copper rod and push it toward the right end. Remove the spline shaft and drum together as an assembly from the lifting chamber.<br>11) Remove the rolling bearing from the left end of the spline shaft.<br>12) Loosen and remove the four screws securing the spline shaft sleeve to the cable tube.<br>13) Pull the drum out of the spline shaft sleeve.<br>14) Install the drum into the spline shaft sleeve and tighten the retaining screws.<br>15) Reinstall the rolling bearing on the left end of the spline shaft.<br>16) Insert the spline shaft and drum assembly from the right side of the lifting chamber. Rotate the spline shaft clockwise so that the drum screws into the threaded guide sleeve.<br><br>*See* JSG TDR160P5 Manual (Certified English Translation) at 20 – 21 (Original PDF at 40 – 41).<br><br>On information and belief, the photographed drum includes an exterior helical groove, and the roller-guide assembly is mounted to the lift housing in a fixed axial position and engages that groove. The internal views below further show the drum arranged about a central shaft extending along the drum's longitudinal axis, consistent with the Manual's description of the spline shaft driving rotation of the drum. On information and belief, the photograph further shows the mechanical interface through which rotation of the drum produces |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | axial translation. The roller guide is mounted to the surrounding lift-housing structure and engages the helical groove formed about the exterior surface of the drum.<br><br>On information and belief, the closer view below shows the roller guide seated directly in and engaging the helical groove of the drum. Because the roller guide remains fixed relative to the lift housing while engaging |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | the helical groove, rotation of the drum causes the helical groove to advance relative to the fixed roller guide, thereby causing the drum to translate along its central axis.<br> |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | As discussed under limitation 1[c], the roller guide is fixed to the lift housing and engages the helical groove on the rotating drum. When the spline shaft drives rotation of the drum, the fixed roller-guide/helical-groove interface converts that rotation into translation of the drum along its central axis.<br><br>On information and belief, the photograph below further corroborates the Manual's description of the drum's rotational winding function. It shows the steel-wire cable wound around the exterior groove of the drum, consistent with the Manual's instruction that rotation of the spline shaft causes the cable to wind onto the drum.<br><br> |

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
|---|---|
| | On information and belief, the assembly-shop photograph below shows a long drive shaft aligned with the drum housing and coupled to the gearbox/drive assembly, illustrating the mechanical drive path into the drum.<br><br>The next exterior view shows the motor/gearbox mounted directly adjacent to the lift housing and aligned with the drum axis. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
| --- | --- |
| |  The following interior close-up shows the spline/drive shaft extending through the center of the drum, corroborating the mechanical coupling between the shaft and drum. |

**U.S. Patent No. 11,814,746 B2 (the "'746 Patent")**
"Seed lifting and rotating system for use in crystal growth"

| '746 Patent Claim | JSG TDR160P-Series Accused Apparatus |
| --- | --- |
| |  |